UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| JUDGE: JEFFREY L. CURETON | | |
|---|---|---|
| DEPUTY CLERK: JULIE HARWELL | | COURT REPORTER/TAPE NO: DIGITAL FILE Remote |
| LAW CLERK: | | USPO/PTSO: |
| INTERPRETER: | | COURT TIME: 2 min |
| A.M. | P.M. | DATE: April 22, 2016 |

☒ MAG. NO. ☐ DIST. CR. NO. 4:16-MJ-168 (04)

| UNITED STATES OF AMERICA | § | SHAWN SMITH, | AUSA |
|---|---|---|---|
| V. | § | | |
| MICHAEL WESLEY JOHNSON | § | EMILY LACHANCE, | A |
| DEFENDANT(S) NAME(S) AND NUMBER(S) | § | COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F) | |

☒ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 4-20-16 ☐ SURRENDER _____ ☐ RULE 5/32 ☒ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL.
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☒ PRIVATE COUNSEL APPOINTED Emily LaChance
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET _____ ☐ DETENTION HEARING _____
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $_____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☒ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☒ COURT FINDS PROBABLE CAUSE ☐ ID ☒ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: Deft. waives PC & Detention

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 22 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy