IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 22 2016
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | NO. 4:16-MJ-168 (04) |
| § | |
| MICHAEL WESLEY JOHNSON § | |

## ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as **appointed** counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the named defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him/her with any appeal which he/she desires to perfect, and to represent him/her on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 4/22/16

_Emily J. LaChance_

LaCHANCE, Emily
400 E. Weatherford St., St. 106
Fort Worth, TX 76102
817/850-9955
emily@clientdrivenlaw.com
Attorney Bar Number: 24054163